Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason Dixon**
**Richard Dixon**
Debtor(s)

Bankruptcy Case No.: 20–20930–JAD
Issued per 5/28/2020 Proceeding
Chapter: 13
Docket No.: 42 – 28
Concil. Conf.: September 24, 2020 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 4/30/2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 24, 2020 at 01:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Loan Depot [Claim #25] .

☐ H.   Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 2, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                           Case No. 20-20930-JAD
Jason Dixon                                                      Chapter 13
Richard Dixon
      Debtors                      CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz               Page 1 of 4               Date Rcvd: Jun 02, 2020
                              Form ID: 149             Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db/jdb         +Jason Dixon,    Richard Dixon,    1730 Walnut Street,    Heidelberg, PA 15106-4037
15215944       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
15215939       +Bank Of Missouri,    2700 S. Lorraine Pl.,    Sioux Falls, SD 57106-3657
15215940       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
15215943       +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15215945       +Borough of Heidelberg,    C/O Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
15215946       +Borough of Heidleberg,    Goehring, Rutter & Boehm,    437 Grant Street 14th FL,
                 Pittsburgh, PA 15219-6107
15215954       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:  Columbia Gas,    P.O. Box 117,    Columbus, OH 43216)
15215949       +Carhop Finance,    5900 Green Oak Dr Ste 10,    Minnetonka, MN 55343-4708
15215950       +Ccs/bryant State Bank,    500 E. 60th Street North,    Sioux Falls, SD 57104-0478
15215951       +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
15215957       +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
15215959       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15215966       ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court:  Fsb Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108)
15215962       +Fair,    PO BOX 20140,    Phoenix, AZ 85036-0140
15215964       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15215965       +Fncc,    500 E 60th St N,    Sioux Falls, SD 57104-0478
15243919       +LOANDEPOT.COM, LLC,    CENLAR FSB,    BK Department, 425 PHILLIPS BLVD.,    EWING NJ 08618-1430
15215969       +La Roche College,    9000 Babcock Blvd,    Pittsburgh, PA 15237-5898
15215970       +Loan Depot.com LLC,    Cenlar FSB BK Dept,    425 Philips Blvd,    Ewing, NJ 08618-1430
15241748       +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
15237175       +Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                 555 Grant Street Suite 300,    Pittsburgh, PA 15219-4408
15215975       +Speedway/ssa,    539 S Main Room 3660,    Findlay, OH 45840-3229
15215980       +Tbom/total Crd,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
15215981       +Total Card Inc./Mid america B&T,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
15230955       +Webcollex LLC D/B/A CKS Financial,    PO Box 2856,    Chesapeake VA 23327-2856
15215985       +XChange Leasing,    6400 Main Street,    Buffalo, NY 14221-5858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bnc@atlasacq.com Jun 03 2020 02:38:28      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 02:46:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15242934         E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2020 02:38:24      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
15215935        +E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2020 02:38:24      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
15215936         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2020 02:46:32
                 American Info Source Lp/Directv,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
15215937         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2020 02:46:57
                 American Info Source Lp/Verizon,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
15215938        +E-mail/Text: bnc@atlasacq.com Jun 03 2020 02:38:27      Atlas Acquisitions LLC,
                 Attn: Avi Schild,    294 Union Street,    Hackensack, NJ 07601-4303
15215941         E-mail/Text: bankruptcy@bbandt.com Jun 03 2020 02:38:33      BB&T,    P.O. Box 1847,
                 Wilson, NC 27894
15215947         E-mail/Text: bankruptcy@bbandt.com Jun 03 2020 02:38:33      Branch Banking & Trust,
                 PO Box 1847,    Wilson, NC 27894
15222223        +E-mail/Text: bankruptcy@bbandt.com Jun 03 2020 02:38:33      BB&T now Truist, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
15215942        +E-mail/Text: bankruptcy@bbandt.com Jun 03 2020 02:38:33      BB&T, bankruptcy section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
15215948         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 03 2020 02:46:53      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
15215952         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 03 2020 02:38:26      Citizens Bank,
                 443 Jefferson Blvd,    Warwick, RI 02886
15215953         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 03 2020 02:38:26      Citizens Bank N.A.,
                 1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915
15221289         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 03 2020 02:46:07
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15215955        +E-mail/Text: documentfiling@lciinc.com Jun 03 2020 02:38:23      Comcast Cable Communications,
                 One Comcast Center,    Philadelphia, PA 19103-2833
15215956        +E-mail/Text: bankruptcy@consumerportfolio.com Jun 03 2020 02:38:52      Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
15215958        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 03 2020 02:46:30      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
```

Case 20-20930-JAD   Doc 44   Filed 06/04/20   Entered 06/05/20 00:34:10   Desc Imaged
Certificate of Notice   Page 5 of 7

```
District/off: 0315-2              User: skoz                 Page 2 of 4                  Date Rcvd: Jun 02, 2020
                                  Form ID: 149               Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15215960       +E-mail/Text: kburkley@bernsteinlaw.com Jun 03 2020 02:39:01      Duquesne Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15215961       +E-mail/Text: kburkley@bernsteinlaw.com Jun 03 2020 02:39:01      Duquesne Light Company,
                 Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
15242806       +E-mail/Text: kburkley@bernsteinlaw.com Jun 03 2020 02:39:01      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15215963       +E-mail/Text: bankruptcy@sccompanies.com Jun 03 2020 02:38:22      Figis Co Inc,    Po Box 7713,
                 Marshfield, WI 54449-7713
15215967        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 03 2020 02:38:54      Jefferson Capital,
                 PO BOX 7999,    Saint Cloud, MN 56302
15215968       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 03 2020 02:38:53       KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15239450        E-mail/Text: documentfiling@lciinc.com Jun 03 2020 02:38:25      COMCAST,    PO BOX 1931,
                 Burlingame, CA 94011
15215971        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 02:46:56       LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15215972       +E-mail/Text: bankruptcy@sccompanies.com Jun 03 2020 02:39:07      Montgomery Ward,
                 c/o Bankrutcy Dept,    PO Box 800849,    Dallas, TX 75380-0849
15244691       +E-mail/Text: bankruptcy@sccompanies.com Jun 03 2020 02:39:07      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
15237173       +E-mail/Text: csc.bankruptcy@amwater.com Jun 03 2020 02:39:05      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
15215974       +E-mail/Text: blegal@phfa.org Jun 03 2020 02:38:47      Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
15215973       +E-mail/Text: csc.bankruptcy@amwater.com Jun 03 2020 02:39:05      Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
15234880       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 03 2020 02:38:54      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15215976       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 02:46:26      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15215977       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 02:46:07      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
15215978       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 02:46:26      Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
15215979       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 02:46:08      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
15217128       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 02:46:26      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15242408        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2020 02:46:57       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15215982       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2020 02:38:22
                 Verizon,    PO Box 25505,   Lehigh Valley, PA 18002-5505
15215983       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2020 02:38:22
                 Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
15215984       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 03 2020 02:38:59      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 41


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LOANDEPOT.COM, LLC
cr              XChange Titling Trust, LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15237135*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
15237136*       American Info Source Lp/Directv,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
15237137*       American Info Source Lp/Verizon,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
15237138*      +Atlas Acquisitions LLC,    Attn: Avi Schild,    294 Union Street,    Hackensack, NJ 07601-4303
15237144*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
15237141*     ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court: BB&T,     P.O. Box 1847,    Wilson, NC 27894)
15237147*     ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court: Branch Banking & Trust,     PO Box 1847,    Wilson, NC 27894)
15237142*      +BB&T, bankruptcy section,    100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
15237139*      +Bank Of Missouri,    2700 S. Lorraine Pl.,    Sioux Falls, SD 57106-3657
15237140*      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
15237143*      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15237145*      +Borough of Heidelberg,    C/O Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
15237146*      +Borough of Heidleberg,    Goehring, Rutter & Boehm,    437 Grant Street 14th FL,
                 Pittsburgh, PA 15219-6107
15237148*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
15237152*     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court: Citizens Bank,     443 Jefferson Blvd,    Warwick, RI 02886)
```

```
District/off: 0315-2          User: skoz                 Page 3 of 4                  Date Rcvd: Jun 02, 2020
                              Form ID: 149               Total Noticed: 68


              ***** BYPASSED RECIPIENTS (continued) *****
15237153*      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court:  Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,
                 Riverside, RI 02915)
15237154*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:  Columbia Gas,    P.O. Box 117,    Columbus, OH 43216)
15237149*       +Carhop Finance,    5900 Green Oak Dr Ste 10,    Minnetonka, MN 55343-4708
15237150*       +Ccs/bryant State Bank,    500 E. 60th Street North,    Sioux Falls, SD 57104-0478
15237151*       +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
15237155*       +Comcast Cable Communications,    One Comcast Center,    Philadelphia, PA 19103-2833
15237156*       +Consumer Portfolio Svc,    Po Box 57071,    Irvine, CA 92619-7071
15237157*       +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
15237158*       +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
15237159*       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15237160*       +Duquense Light Company,    c/o Keri P. Ebeck Bernstien & Burkley PC,
                 707 Grant Street Ste. 2200,    Pittsburgh, PA 15219-1945
15237161*       +Duquesne Light Company,    Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
15237166*      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court:  Fsb Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108)
15237162*       +Fair,    PO Box 20140,    Phoenix, AZ 85036-0140
15237163*       +Figis Co Inc,    Po Box 7713,    Marshfield, WI 54449-7713
15237164*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15237165*       +Fncc,    500 E 60th St N,    Sioux Falls, SD 57104-0478
15237167*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:  Jefferson Capital,    PO BOX 7999,    Saint Cloud, MN 56302)
15237168*       +KeyBank N.A.,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15219337*       +KeyBank, N.A.,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15237171*        LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15237169*       +La Roche College,    9000 Babcock Blvd,    Pittsburgh, PA 15237-5898
15237170*       +Loan Depot.com LLC,    Cenlar FSB BK Dept,    425 Philips Blvd,    Ewing, NJ 08618-1430
15237172*       +Montgomery Ward,    c/o Bankrutcy Dept,    PO Box 800849,    Dallas, TX 75380-0849
15237174*       +Pa Housing Finance Age,    2101 N. Front Street,    Harrisburg, PA 17110-1086
15237176*       +Speedway/ssa,    539 S Main Room 3660,    Findlay, OH 45840-3229
15237177*       +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
15237178*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
15237179*       +Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
15237180*       +Syncb/paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
15237181*       +Tbom/total Crd,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
15237182*       +Total Card Inc./Mid america B&T,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
15237183*       +Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
15237184*       +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
15237185*       +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15237186*       +XChange Leasing,    6400 Main Street,    Buffalo, NY 14221-5858
                                                                                                TOTALS: 2, * 52, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    XChange Titling Trust, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Jason  Dixon ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
```

```
District/off: 0315-2           User: skoz                 Page 4 of 4            Date Rcvd: Jun 02, 2020
                               Form ID: 149               Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Paul W. McElrath, Jr.   on behalf of Joint Debtor Richard  Dixon ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Thomas  Song    on behalf of Creditor    LOANDEPOT.COM, LLC pawb@fedphe.com

                                                                                                                                                                                    TOTAL: 7