FILED
7/1/20 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Dixon<br>Richard Dixon<br>    Debtor(s)<br><br>XChange Titling Trust, LLC<br>    Movant<br>  v.<br>Jason Dixon<br>Richard Dixon<br>Ronda Winnecour, Trustee<br>    Additional Respondent | **DEFAULT O/E JAD**<br><br>BANKRUPTCY NO. 20-20930-JAD<br><br>CHAPTER 13<br><br>RELATED TO DOC. NO. 39 |

### ORDER TERMINATING AUTOMATIC STAY

  The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, XChange Titling Trust, LLC, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

  **ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, lease, or otherwise dispose of the 2016 FORD Focus Sedan 4D SE I4 - VIN: 1FADP3F27GL280604 in a commercially reasonable manner.

Signed this 1st day of July, 2020.

                        Jeffery A. Deller  mas
                        United States Bankruptcy Judge

cc: See attached service list:

Jason Dixon
1730 Walnut Street
Heidelberg, PA 15106

Richard Dixon
1730 Walnut Street
Heidelberg, PA 15106

Paul W. McElrath Esq.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15222
ecf@mcelrathlaw.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-20930-JAD
Jason Dixon                                                           Chapter 13
Richard Dixon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 1              Date Rcvd: Jul 01, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
db/jdb         +Jason Dixon,   Richard Dixon,   1730 Walnut Street,   Heidelberg, PA 15106-4037
               +KML Law Group, P.C.,   BNY Independence Center,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    XChange Titling Trust, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Richard  Dixon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Jason  Dixon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LOANDEPOT.COM, LLC pawb@fedphe.com
                                                                                                 TOTAL: 7