## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 20-20930-JAD |
| | : | |
| Jason Dixon and | : | Chapter 13 |
| Richard Dixon, | : | |
| Debtors | : | Related to Doc. No. 52, 53 |
| | : | |
| Jason Dixon and | : | Hearing Date & Time: |
| Richard Dixon, | : | September 24, 2020 at 1:00 PM |
| Movants | : | |
| | : | |
| vs. | : | |
| Ally Financial, et al | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE ORDER SCHEDULING DATES FOR HEARING ON AND OBJECTION TO AMENDED PLAN AND THE AMENDED PLAN DATED AUGUST 26, 2020**

    I, Sharla Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the Order Scheduling Dates for Hearing on and Objection to the Amended Plan and the Amended Plan Dated August 26, 2020**,** on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: <u>September 1, 2020</u>

                                                                   By:    <u>/s/ Sharla Munroe</u>
                                                                             Sharla Munroe, Paralegal
                                                                             McElrath Legal Holdings, LLC
                                                                             1641 Saw Mill Run Boulevard
                                                                             Pittsburgh, PA 15210
                                                                             Tel: 412.765.3606
                                                                             Fax: 412.765.1917

## MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Jason & Richard Dixon
1730 Walnut Street
Heidelberg, PA 15106

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

American Info Source Lp/Directv
Post Office Box 248848
Oklahoma City, OK 73124-8848

American Info Source Lp/Verizon
Post Office Box 248848
Oklahoma City, OK 73124-8848

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union Street
Hackensack, NJ 07601

Bank Of Missouri
2700 S. Lorraine Pl.
Sioux Falls, SD 57106

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

BB&T
P.O. Box 1847
Wilson, NC 27894

BB&T, bankruptcy section
100-50-01-51
P.O. Box 1847
Wilson, NC 27894

Bby/cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Borough of Heidleberg
Goehring, Rutter & Boehm
437 Grant Street 14th FL
Pittsburgh, PA 15219

Branch Banking & Trust
PO Box 1847
Wilson, NC 27894

Capital One
15000 Capital One Dr
Richmond, VA 23238

Carhop Finance
5900 Green Oak Dr Ste 10
Minnetonka, MN 55343

Ccs/bryant State Bank
500 E. 60th Street North
Sioux Falls, SD 57104

Ccs/first National Ban
500 E 60th St N
Sioux Falls, SD 57104

Citizens Bank
443 Jefferson Blvd
Warwick, RI 02886

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915

Columbia Gas
P.O. Box 117
Columbus, OH 43216

Comcast Cable Communications
One Comcast Center
Philadelphia, PA 19103

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Dsnb Macys
Po Box 8218
Mason, OH 45040

Duquense Light Company
c/o Keri P. Ebeck Bernstien & Burkley PC
707 Grant Street Ste. 2200
Pittsburgh, PA 15219

Duquesne Light Company
Bernstein Law Firm, P.C.
707 Grant St. Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Fair
PO Box 20140
Phoenix, AZ 85036

Figis Co Inc
Po Box 7713
Marshfield, WI 54449

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Fncc
500 E 60th St N
Sioux Falls, SD 57104

Fsb Blaze
5501 S Broadband Ln
Sioux Falls, SD 57108

Jefferson Capital
PO BOX 7999
Saint Cloud, MN 56302

Jordan Tax Service, Inc.
102 Rahway Road
Canonsburg PA 15317-0000

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144

La Roche College
9000 Babcock Blvd
Pittsburgh, PA 15237

Loan Depot.com LLC
Cenlar FSB BK Dept
425 Philips Blvd
Ewing, NJ 08618

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Montgomery Ward
c/o Bankrutcy Dept
PO Box 800849
Dallas, TX 75380

PA American Water
PO Box 578
Alton, IL 62002

Pa Housing Finance Age
2101 N. Front Street
Harrisburg, PA 17105

Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street Suite 300
Pittsburgh, PA 15219

Speedway/ssa

539 S Main Room 3660
Findlay, OH 45840

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/paypal Smart Con
Po Box 965005
Orlando, FL 32896

Tbom/total Crd
5109 S Broadband Ln
Sioux Falls, SD 57108

Total Card Inc./Mid america B&T
5109 S Broadband Lane
Sioux Falls, SD 57109

Verizon
PO Box 25505
Lehigh Valley, PA 18002

Verizon Wireless
Po Box 650051
Dallas, TX 75265

Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

XChange Leasing
6400 Main Street
Buffalo, NY 14221