# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JASON & RICHARD DIXON
- Case Number: 20-20930-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 24, 2020 01:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#52 - Amended Plan Dated 8/26/2020 - NFC
R / M #: 52 / 0

**Appearances:**

Debtor: Zutz
Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt
Creditor:

FILED
10/1/20 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to __9.00__, effective _____.
7. ✓ Plan/Motion continued to __11/19/20__ at __9:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Debtor to Institute TFS in 10 days

9/16/2020    3:52:23PM