**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                  Case No. 20-20930-JAD
                                           Chapter 13

Jason Dixon
Richard Dixon

Debtor(s).

## NOTICE OF APPEARANCE

**loanDepot.com, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:     */s/ Daniel P. Jones, Esquire*
        Daniel P. Jones, Esquire,
        Bar No: 321876
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        djones@sterneisenberg.com
        Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 23rd day of October, 2020, to the following:

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
ecf@mcelrathlaw.com
***Attorney for Debtor(s)***


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***


U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***



and by standard first class mail postage prepaid to:

Jason Dixon
1730 Walnut Street
Heidelberg, PA 15106

Richard Dixon
1730 Walnut Street
Heidelberg, PA 15106
***Debtor(s)***


                                        By:     */s/Daniel P. Jones, Esquire*