# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JASON & RICHARD DIXON
- Case Number: 20-20930-JAD  Chapter: 13
- Date / Time / Room: THURSDAY, NOVEMBER 19, 2020 09:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#52 - Continued Confirmation of Plan Dated 8/26/2020 - NFC
R / M #: 52 / 0

**Appearances:**

Zutz

Debtor:
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

FILED
11/23/20 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  1-14-21  at  11:30 .
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

Continuing to resolve wage attachment issues — is filed but not remitting