Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jason Dixon** | : | Case No. 20−20930−JAD |
| **Richard Dixon** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. #52 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 14th of January, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20930-JAD |
| Jason Dixon | Chapter 13 |
| Richard Dixon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: skoz | Page 1 of 5 |
| Date Rcvd: Jan 14, 2021 | Form ID: 309 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Dixon, Richard Dixon, 1730 Walnut Street, Heidelberg, PA 15106-4037 |
| cr | + | Borough of Heidelberg, GRB Law, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 15237139 | + | Bank Of Missouri, 2700 S. Lorraine Pl., Sioux Falls, SD 57106-3657 |
| 15215939 | + | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 15215943 | + | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15271296 | + | Borough of Heidelberg, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15215945 | + | Borough of Heidelberg, C/O Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15215946 | + | Borough of Heidleberg, Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 15215954 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15215949 | + | Carhop Finance, 5900 Green Oak Dr Ste 10, Minnetonka, MN 55343-4708 |
| 15215950 | + | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 15215951 | + | Ccs/first National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 15215966 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108 |
| 15215962 | + | Fair, PO Box 20140, Phoenix, AZ 85036-0140 |
| 15215965 | + | Fncc, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 15243919 | + | LOANDEPOT.COM, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15215969 | + | La Roche College, 9000 Babcock Blvd, Pittsburgh, PA 15237-5898 |
| 15215970 | + | Loan Depot.com LLC, Cenlar FSB BK Dept, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| 15241748 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15237175 | + | Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street Suite 300, Pittsburgh, PA 15219-4408 |
| 15215975 | + | Speedway/ssa, 539 S Main Room 3660, Findlay, OH 45840-3229 |
| 15215980 | + | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 15215981 | + | Total Card Inc./Mid america B&T, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15230955 | + | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |
| 15215985 | + | XChange Leasing, 6400 Main Street, Buffalo, NY 14221-5858 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: ATLASACQU | | |
| | | Jan 15 2021 05:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + EDI: PRA.COM | | |
| | | Jan 15 2021 05:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15237138 | EDI: ATLASACQU | | |
| | | Jan 15 2021 05:43:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 294 Union Street, Hackensack, NJ 07601 |
| 15215938 | EDI: ATLASACQU | | |
| | | Jan 15 2021 05:43:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15242934 | EDI: GMACFS.COM | | |
| | | Jan 15 2021 05:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15215935 | + | EDI: GMACFS.COM | Jan 15 2021 05:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15215936 | | EDI: AIS.COM | Jan 15 2021 05:43:00 | American Info Source Lp/Directv, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15215937 | | EDI: AIS.COM | Jan 15 2021 05:43:00 | American Info Source Lp/Verizon, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15215944 | | EDI: BANKAMER.COM | Jan 15 2021 05:43:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 15215941 | | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | BB&T, P.O. Box 1847, Wilson, NC 27894 |
| 15215947 | | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | Branch Banking & Trust, PO Box 1847, Wilson, NC 27894 |
| 15222223 | + | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 15215942 | + | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | BB&T, bankruptcy section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 15215940 | + | EDI: TSYS2.COM | Jan 15 2021 05:43:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 15215948 | | EDI: CAPITALONE.COM | Jan 15 2021 05:43:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15215952 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 15 2021 01:59:00 | Citizens Bank, 443 Jefferson Blvd, Warwick, RI 02886 |
| 15215953 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 15 2021 01:59:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 15239450 | + | EDI: LCIFULLSRV | Jan 15 2021 05:43:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15221289 | | EDI: CAPITALONE.COM | Jan 15 2021 05:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15215955 | + | EDI: COMCASTCBLCENT | Jan 15 2021 05:43:00 | Comcast Cable Communications, One Comcast Center, Philadelphia, PA 19103-2833 |
| 15215956 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 15 2021 02:01:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 15215957 | + | EDI: CRFRSTNA.COM | Jan 15 2021 05:43:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15215958 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 15 2021 02:21:35 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15215959 | | EDI: CITICORP.COM | Jan 15 2021 05:43:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15215960 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 15 2021 02:01:00 | Duquense Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15215961 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 15 2021 02:01:00 | Duquesne Light Company, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15242806 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 15 2021 02:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15215963 | + | EDI: CBSMASON | Jan 15 2021 05:43:00 | Figis Co Inc, Po Box 7713, Marshfield, WI 54449-7713 |
| 15215964 | + | EDI: AMINFOFP.COM | Jan 15 2021 05:43:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15215967 | | EDI: JEFFERSONCAP.COM | | |

Case 20-20930-JAD   Doc 63   Filed 01/16/21   Entered 01/17/21 00:34:43   Desc Imaged
                            Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: skoz | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 309 | Total Noticed: 72 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 15 2021 05:43:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15215968 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 15 2021 02:01:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15215971 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 02:21:38 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15244691 | + | EDI: CBS7AVE | Jan 15 2021 05:43:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 15215972 | + | EDI: CBS7AVE | Jan 15 2021 05:43:00 | Montgomery Ward, c/o Bankrutcy Dept, PO Box 800849, Dallas, TX 75380-0849 |
| 15237173 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 15 2021 02:01:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15215974 | + | Email/Text: blegal@phfa.org | Jan 15 2021 02:00:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15215973 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 15 2021 02:01:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15234880 | + | EDI: JEFFERSONCAP.COM | Jan 15 2021 05:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15215976 | + | EDI: RMSC.COM | Jan 15 2021 05:43:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15215977 | + | EDI: RMSC.COM | Jan 15 2021 05:43:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15215978 | + | EDI: RMSC.COM | Jan 15 2021 05:43:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15215979 | + | EDI: RMSC.COM | Jan 15 2021 05:43:00 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 15217128 | + | EDI: RMSC.COM | Jan 15 2021 05:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15242408 | | EDI: AIS.COM | Jan 15 2021 05:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15215982 | + | EDI: VERIZONCOMB.COM | Jan 15 2021 05:43:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15215983 | + | EDI: VERIZONCOMB.COM | Jan 15 2021 05:43:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15215984 | + | EDI: BLUESTEM | Jan 15 2021 05:43:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| cr | | XChange Titling Trust, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15237135 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15237136 | * | American Info Source Lp/Directv, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15237137 | * | American Info Source Lp/Verizon, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15237144 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 15237141 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, P.O. Box 1847, Wilson, NC 27894 |

Case 20-20930-JAD   Doc 63   Filed 01/16/21   Entered 01/17/21 00:34:43   Desc Imaged
                              Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: skoz | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 309 | Total Noticed: 72 |

| | | |
|---|---|---|
| 15237147 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, Branch Banking & Trust, PO Box 1847, Wilson, NC 27894 |
| 15237142 | *+ | BB&T, bankruptcy section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 15237140 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 15237143 | *+ | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15237145 | *+ | Borough of Heidelberg, C/O Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15237146 | *+ | Borough of Heidleberg, Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 15237148 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15237152 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 443 Jefferson Blvd, Warwick, RI 02886 |
| 15237153 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 15237154 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15237149 | *+ | Carhop Finance, 5900 Green Oak Dr Ste 10, Minnetonka, MN 55343-4708 |
| 15237150 | *+ | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 15237151 | *+ | Ccs/first National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 15237155 | *+ | Comcast Cable Communications, One Comcast Center, Philadelphia, PA 19103-2833 |
| 15237156 | *+ | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 15237157 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15237158 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15237159 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15237160 | *+ | Duquense Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15237161 | *+ | Duquesne Light Company, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15237166 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108 |
| 15237162 | *+ | Fair, PO Box 20140, Phoenix, AZ 85036-0140 |
| 15237163 | *+ | Figis Co Inc, Po Box 7713, Marshfield, WI 54449-7713 |
| 15237164 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15237165 | *+ | Fncc, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 15237167 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15237168 | *+ | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15219337 | *+ | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15237171 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15237169 | *+ | La Roche College, 9000 Babcock Blvd, Pittsburgh, PA 15237-5898 |
| 15237170 | *+ | Loan Depot.com LLC, Cenlar FSB BK Dept, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| 15237172 | *+ | Montgomery Ward, c/o Bankrutcy Dept, PO Box 800849, Dallas, TX 75380-0849 |
| 15237174 | *+ | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15237176 | *+ | Speedway/ssa, 539 S Main Room 3660, Findlay, OH 45840-3229 |
| 15237177 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15237178 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15237179 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15237180 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 15237181 | *+ | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 15237182 | *+ | Total Card Inc./Mid america B&T, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15237183 | *+ | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15237184 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15237185 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15237186 | *+ | XChange Leasing, 6400 Main Street, Buffalo, NY 14221-5858 |

TOTAL: 2 Undeliverable, 50 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

Case 20-20930-JAD   Doc 63   Filed 01/16/21   Entered 01/17/21 00:34:43   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: skoz | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 309 | Total Noticed: 72 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor XChange Titling Trust LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor LOANDEPOT.COM LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Heidelberg jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Jason Dixon ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Richard Dixon ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LOANDEPOT.COM LLC pawb@fedphe.com |

TOTAL: 9