**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JASON DIXON<br>RICHARD DIXON<br>　　　Debtor(s) | Case No.:20-20930 JAD |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1. The case was filed on 03/12/2020 and confirmed on 06/02/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,348.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,348.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 437.00 | |
| 　Trustee Fee | 106.49 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 543.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　LOANDEPOT.COM | 0.00 | 804.51 | 0.00 | 804.51 |
| 　　Acct: 3761 | | | | |
| 　LOANDEPOT.COM | 18,948.83 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3761 | | | | |
| 　BOROUGH OF HEIDELBERG (SWG) | 1,647.55 | 0.00 | 0.00 | 0.00 |
| 　　Acct: G100 | | | | |
| 　BOROUGH OF HEIDELBERG (SWG) | 867.01 | 0.00 | 0.00 | 0.00 |
| 　　Acct: G100 | | | | |
| 　FAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| | | | | 804.51 |
| Priority | | | | |
| 　PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　JASON DIXON | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,750.00 | 437.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLY FINANCIAL** | 6,095.21 | 0.00 | 0.00 | 0.00 |
| Acct: 7955 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 685.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 425.39 | 0.00 | 0.00 | 0.00 |
| Acct: 4670 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4682 | | | | |
| BRANCH BANKING & TRUST COMPANY* | 393.76 | 0.00 | 0.00 | 0.00 |
| Acct: 6821 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5010 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8760 | | | | |
| HEIDELBERG BOROUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRANCH BANKING & TRUST COMPANY* | 30.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6319 | | | | |
| BRANCH BANKING & TRUST COMPANY* | 234.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7319 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 466.83 | 0.00 | 0.00 | 0.00 |
| Acct: 9175 | | | | |
| CARHOP AUTO SALES AND FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7981 | | | | |
| FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9274 | | | | |
| FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5802 | | | | |
| CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9624 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 107.17 | 0.00 | 0.00 | 0.00 |
| Acct: 9903 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5275 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,229.24 | 0.00 | 0.00 | 0.00 |
| Acct: 5412 | | | | |
| LVNV FUNDING LLC | 1,040.32 | 0.00 | 0.00 | 0.00 |
| Acct: 5123 | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2450 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,459.61 | 0.00 | 0.00 | 0.00 |
| Acct: 0511 | | | | |
| FAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIGI'S COMPANIES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4346 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C/ | 424.97 | 0.00 | 0.00 | 0.00 |
| Acct: 7380 | | | | |

| 20-20930 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4937 | | | | |
| FSB BLAZE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4496 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C/ | 227.85 | 0.00 | 0.00 | 0.00 |
| Acct: 2933 | | | | |
| KEYBANK NA** | 1,313.04 | 0.00 | 0.00 | 0.00 |
| Acct: 1089 | | | | |
| LA ROCHE COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4A37 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONTGOMERY WARDS** | 236.57 | 0.00 | 0.00 | 0.00 |
| Acct: 6290 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 1,017.84 | 0.00 | 0.00 | 0.00 |
| Acct: 8340 | | | | |
| PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7906 | | | | |
| SPEEDWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5943 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2436 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2706 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0350 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7461 | | | | |
| TCM BANK NA (TOTAL CARD MGMNT)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TCM BANK NA (TOTAL CARD MGMNT)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,621.71 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9026 | | | | |
| XCHANGE LEASING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C/ | 473.44 | 0.00 | 0.00 | 0.00 |
| Acct: 1250 | | | | |
| WEBCOLLEX LLC D/B/A CKS FINANCIAL | 659.79 | 0.00 | 0.00 | 0.00 |
| Acct: 6482 | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 425.28 | 0.00 | 0.00 | 0.00 |
| Acct: 5301 | | | | |
| COMCAST | 950.38 | 0.00 | 0.00 | 0.00 |
| Acct: 9630 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 774.41 | 0.00 | 0.00 | 0.00 |
| Acct: 9692 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 2,050.22 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 652.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 800.02 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7461 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLI | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|   ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BANK OF MISSOURI | 334.43 | 0.00 | 0.00 | 0.00 |
| Acct: 5950 | | | | |
|   BANK OF MISSOURI | 346.40 | 0.00 | 0.00 | 0.00 |
| Acct: 5935 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BANK OF MISSOURI | 428.92 | 0.00 | 0.00 | 0.00 |
| Acct: 3603 | | | | |
|   GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 804.51 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 21,463.39 |
| UNSECURED | 24,904.93 |

Date: 02/10/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com